Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001081
17-JUL-2014
11:29 AM

NOS. CAAP-11-0001081, CAAP-13-0000306,
and CAAP-13-0001307

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


**CAAP-11-0001081**
GMAC MORTGAGE, LLC, a Delaware Limited Liability Company,
Plaintiff-Appellee,
vs.
JOYCELYN WANDA UNCIANO, Defendant-Appellant
and
WAYNE NOELANI TOM, et al., Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(Civil No. 03-1-1029-05)


and


**CAAP-13-0000306**
GMAC MORTGAGE, LLC, a Delaware Limited Liability Company,
Plaintiff-Appellee,
vs.
JOYCELYN WANDA UNCIANO, Defendant-Appellant
and
WAYNE NOELANI TOM, et al., Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(Civil No. 03-1-1029-05)


and

**CAAP-13-0001307**
JOYCELYN W. UNCIANO, Petitioner-Appellant,
vs.
GMAC MORTGAGE, LLC, Respondent-Appellee

APPEAL FROM THE LAND COURT OF THE STATE OF HAWAI'I
(APPLICATION NO. 1069; CASE NO. 1L.D. 11-1-2518)


ORDER DENYING DEFENDANT-APPELLANT
JOYCELYN WANDA UNCIANO'S MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Fujise, and Reifurth, JJ.)

Upon consideration of "Defendant-Appellant Joycelyn Wanda Unciano's H.R.A.P. Rule 40 Motion for Reconsideration of Summary Disposition Order Issued June 30, 2014" (Motion for Reconsideration), which was filed on July 10, 2014, and the record and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawai'i, July 17, 2014.

On the motion:

Joycelyn Wanda Unciano
Defendant-Appellant
Pro Se

Chief Judge

Associate Judge

Associate Judge

2